Neil B. Klein, CA Bar No. 142734
neilk@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
Phone:    (949) 724-0200
Fax:       (949) 724-0201

Attorneys for Plaintiff Crosswinds International Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSWINDS INTERNATIONAL INC.<br><br>        Plaintiff,<br><br>    vs.<br><br>HSIN SILK ROAD SHIPPING LTD. and HSIN SILK ROAD SHIPPING USA, INC., *in personam,*<br><br>    And<br><br>A Cargo of Commercial Goods Transported from Ningbo, China to Los Angeles, California, pursuant to Bills of Lading Nos. HSRNGB2021030022, HSRNGB2021030023, HSRNGB2021030025, HSRNGB2021030026, HSRNGB2021030027, and HSRNBG2021030061A dated and shipped on board on October 7th 2021, *in rem,*<br><br>        Defendants. | Case No.  2:22-cv-4166<br><br>IN ADMIRALTY<br><br>**VERIFIED COMPLAINT BY CROSSWINDS INTERNATIONAL INC. IN ADMIRALTY**<br><br>**SUPP. ADMIRALTY RULE D** |

NOW COME the plaintiff CROSSWINDS INTERNATIONAL INC. ("Plaintiff"),

by their undersigned attorneys, and for its Verified Complaint alleges:

## JURISDICTION AND VENUE

1. This is an action within the admiralty jurisdiction of this court pursuant to

1

VERIFIED COMPLAINT

28 U.S.C. §1331 and 28 U.S.C. §1331(1) and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Pursuant to 28 U.S.C. §1333, the district court has original and exclusive jurisdiction over this matter.

2.  Admiralty jurisdiction is based on bills of lading identified below, which are maritime contracts for the transport of marine intermodal containers from China to the United States, and cargo loaded in said containers, which is maritime property. This maritime action is to recover containers loaded with Plaintiff's cargo and discharged at the Port of Los Angeles, California, which have been unlawfully detained by defendants. Further, this is an action for conversion and breach of the ocean bills of lading for the subject containers.

3.  This is a petitory and possessory action under the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule D. Petitory and possessory actions may be used to recover cargo covered by a bill of lading. This Court also has the power to declare rights and liabilities pursuant to the Federal Declaratory Act, 28 U.S.C. §2201.

4. This Court has supplemental jurisdiction over common law claims pursuant to 28 U.S.C. §1367.

5. Venue is proper in this Court because upon information and belief the containerized cargo, listed in the Bills of Lading and identified below, is physically located within the Central District of California at a facility in Riverside, California. In addition, any and all unlawful charges claimed by defendants resulted from activities at the Port of Los Angeles, California, within this district. Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. §1391(b)(2).

## THE PARTIES

6. Plaintiff is a corporation organized under the laws of California, with its principal place of business at El Segundo, California.

1    7.  Defendant HSIN Silk Road Shipping Ltd. is, upon information and belief,

2    an ocean carrier as defined by 46 CFR 512.2(h) and (m)(1), and a foreign

3    business entity located in Hong Kong ("HSIN").

4    8.  Defendant HSIN Silk Road Shipping USA, Inc. is a Texas corporation with

5    a principal place of business in Sugar Land, Texas ("HSIN USA").

6    9.  The *in rem* defendants are 26-marine intermodal containers with cargo

7    comprising commercial goods and valued at $653,101.02, and of which Plaintiff

8    is the sole lawful owner.

9                                    **FACTS**

10    10.    Plaintiff  is  the  consignee  of  26-intermodal  marine  containers

11    transported over navigable waters on the M/V *Nomadic Milde* ("Vessel") pursuant

12    to six ocean bills of lading issued by Defendants, true and accurate copies of

13    which are attached as Exhibit 1 and made part hereof (the "Containers").

14    11.    The 26-Containers identified in the table below were loaded with cargo

15    consisting of commercial goods identified in bills of lading issued by Defendants

16    (hereafter "Cargo"):

17

| Bill of Lading | Container | Description of goods |
|---|---|---|
| HSRNGB2021030022 | LYGU6136039<br>LYGU6136527<br>LYGU6136759<br>LYGU6137009<br>MOTU0789402 | Metal Nesting Carts |
| HSRNGB2021030023 | HPCU4146719<br>HPCU4146724<br>HPCU4146730<br>HPCU4146787<br>HPCU4146827 | Metal Nesting Carts |
| HSRNGB2021030025 | HPCU4144608<br>HPCU4144629<br>HPCU4144640<br>HPCU4144655<br>HPCU4144660 | Metal Nesting Carts |

| Bill of Lading | Container | Description of goods |
|---|---|---|
| HSRNGB2021030026 | HPCU4144552<br>HPCU4144589<br>HPCU4144613<br>HPCU4144634<br>HPCU4144716 | Metal Nesting Carts |
| HSRNGB2021030027 | BENU6542192<br>BENU6557778<br>BENU6636033<br>BMOU4271260<br>BMOU5084876 | Metal Nesting Carts |
| HSRNBG2021030061A | HPCU4147000 | Metal Nesting Carts |

12.    HSIN was the ocean carrier of the Cargo pursuant to the bills of lading. See Exh. 1.

13.    HSIN USA is the agent for HSIN in the United States (HSIN and HSIN USA hereafter collectively, "Defendants").

14.    Plaintiff booked the carriage of the Cargo with HSIN via a booking agent, on a "freight prepaid" and "CY/CY" (container yard to container yard) basis. At the time of booking, the agent never advised Plaintiff of any potential additional charges for berthing, terminal handling charges or storage, all of which were included in the freight charge prepaid by Plaintiff.

15.    On or about October 7th 2021, the Cargo was shipped aboard the Vessel pursuant to the bills of lading. Exh. 1.

16.    Plaintiff prepaid all freight due and owing, as stated on the bills of lading. Exh. 1.

17.    The Vessel berthed at the Port of Los Angeles, California on or about March 11th 2022, and the Cargo was discharged from the Vessel on or about March 12th 2022.

18.    Plaintiff paid the full purchase price for the Cargo, as evidenced by the "telex release" notifications on the bills of lading, such that the Cargo can be released into the immediate possession of Plaintiff. Exh. 1.

19.     As of March 22nd 2022, after numerous attempts to contact HSIN and other Vessel interests, the Cargo had not been released to Plaintiff, despite Plaintiff's readiness to retrieve them.

20.     On or about March 23rd 2022, HSIN advised that it would only release the Cargo if Plaintiff paid additional costs of $18,500 per container as an add-on price for berthing, terminal handling charges and storage fees.

21.     Plaintiff never agreed to pay any additional charges or add-on price per container, over and above freight which was prepaid, including for berthing, terminal handling, or storage.

22.     Despite Plaintiff's repeated demands, HSIN has failed and refused to release and deliver the Cargo to Plaintiff, or for Plaintiff to take possession of such Cargo, which remains in or near the Port of Los Angeles.

## COUNT I

## RULE D POSSESORY AND PETITORY CLAIM FOR CARGO LADEN IN INTERMODAL MARINE CONTAINERS

23.     Plaintiff repeat and re-allege paragraphs 1 through 22 as if fully set forth herein.

24.     A controversy has arisen regarding Plaintiff's immediate right to possession of the Cargo.

25.     Plaintiff is the lawful consignee of the Cargo and has fulfilled all obligations on its part to be performed.

26.     The Cargo, loaded in the containers, is currently in Defendants' possession and control and is being stored, on information and belief, in or near the Port of Los Angeles or Riverside, CA, in unknown condition. Despite repeated requests, Defendants refuse to release the Cargo to Plaintiff as required by law and by the bills of lading.

27.     Pursuant to Rule D of the Supplemental Rules of Civil Procedure for Admiralty or Maritime Claims and Asset Forfeiture Actions, Plaintiff is entitled to

1   bring an action for possession of the Cargo.

2   28.   Plaintiff has paid for the Cargo and telex releases evidencing payment

3   have been issued. Plaintiff therefore holds title to the Cargo and has the right to

4   possession of the Cargo.

5   29.   Further, because Plaintiff prepaid all freight for the Cargo in full and

6   never agreed to pay additional charges for berthing, terminal handling, or

7   storage, Plaintiff has fully satisfied the bill of lading contracts and is entitled to

8   immediate possession. Defendants' claimed charges for berthing, terminal

9   handling charges and a storage fee were false, upon information and belief.

10   30.   Defendants continue to hold the Cargo unlawfully, to the detriment of

11   Plaintiff, as the goods contained therein are not being delivered to destination,

12   thereby causing damage to Plaintiff. Defendants do not hold legal title or a

13   possessory interest in the Cargo.

14   31.   Plaintiff requests an immediate order from this Court declaring its right

15   to recover possession of the Cargo, and ordering that Defendants release the

16   Cargo into Plaintiff's possession.

17                                **COUNT II**

18                                **Conversion**

19   32.   Plaintiff repeats and re-alleges paragraphs 1 through 22 as if fully set

20   forth herein.

21   33.   Plaintiff is the consignee and rightful receiver of the Cargo and has the

22   unconditional right to take possession of the Cargo.

23   34.   Plaintiff has demanded release of the Cargo by Defendants.

24   35.   By failing and refusing to deliver the Cargo to Plaintiff, Defendants have

25   unlawfully and intentionally exercised dominion and control over the Cargo,

26   without authorization, which constitutes conversion.

27   36.   As a result, Plaintiff has suffered damages and is entitled to judgment

28   against Defendants in the approximate amount of $653,101.02, being the

1  estimated value of the Cargo loaded in the Containers, plus damages for the

2  time and money spent by Plaintiff to recover the Cargo, interest, costs of suit,

3  and reasonable attorney's fees.

4  **COUNT III**

5  **Breach of Contract**

6  37.   Plaintiff repeats and re-alleges paragraphs 1 through 22 as if fully set

7  forth herein.

8  38.   Defendants issued bills of lading for the Cargo, which constitute

9  maritime contracts between Plaintiff and Defendants. Exh. 1.

10  39.   Pursuant to the bills of lading, Defendants agreed to deliver the Cargo

11  to Plaintiff in exchange for payment of freight.

12  40.   Plaintiff prepaid all freight charges and otherwise performed all duties

13  and responsibilities required of it under the bills of lading.

14  41.   By failing and refusing to deliver the Cargo to Plaintiff, Defendants are

15  in breach of their bill of lading contracts with Plaintiff.

16  42.   Defendants' breach of its contracts with Plaintiff proximately caused

17  Plaintiff to incur pecuniary damages in the amount of the *in rem* defendants

18  estimated value of $653,101.02.

19  43.   As result of Defendants' breach of contract, Plaintiff is entitled to

20  judgment against Defendants in the estimated sum of at least $653,101.02, plus

21  damages for the time and money spent by Plaintiff to recover the Cargo, interest,

22  costs of suit and reasonable attorney's fees.

23  **PRAYER FOR RELIEF**

24  **WHEREFORE**, Plaintiff prays for relief as follows:

25  As to Count I

26  A. That a Warrant of Arrest in due form or law and according to the practice

27  of this Honorable Court in cases of admiralty and maritime jurisdiction

28  issue against the Cargo laden in the 26 above-identified Containers,

1  pursuant to Supplemental Rule D for Admiralty or Maritime Claims and

2  Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

3  B. That the Cargo be seized when found within this district pursuant to Rules

4  D and E of the Supplemental Rules for Admiralty or Maritime Claims.

5  C. For an order issuing that Plaintiff is entitled to legal title and possessory

6  rights of the Cargo and for a commensurate order compelling Defendants

7  to release the Cargo (as containerized) to Plaintiff.

8  D. That the Court enter judgment in favor of Plaintiff and enter an Order

9  confirming Plaintiff's right to possession, allowing release of the Cargo.

10  E. That Plaintiff have such other and further relief as the Court deems just in

11  the premises, including costs, expenses, interest, and attorneys' fees.

12  As to Counts II and III

13  F. That judgment be entered in Plaintiff's favor and against Defendants,

14  jointly and severally, for $653,101.02, plus damages for the time and

15  money spent by Plaintiff to recover the Cargo, costs, expenses, pre- and

16  post-judgment interest, as well as an award of reasonable attorneys' fees

17  incurred in prosecution of this action.

18  As to all Counts

19  G. That Plaintiff has such other and further relief as the Court deems just.

20  Dated:  June 16, 2022                    Respectfully submitted,

21

22                                             /s/ *Neil B. Klein*

23                                            Neil B. Klein
                                              Attorneys for Plaintiff

24                                            Crosswinds International Inc.

25

26

27

28

1

**VERIFICATION OF CROSSWINDS INTERNATIONAL INC.**

2        I, _____Ray Lopez_____, am an authorized representative of

3   Crosswinds International Inc., and make this Verification in support of its Verified

4   Complaint. I have read the foregoing Verified Complaint. I am familiar with the

5   underlying facts recited in the Verified Complaint and hereby verify that they are

6   true to the best of my knowledge, except to those matters stated on information

7   and belief and as to those matters, I believe them to be true.

8        I declare under penalty of perjury under the laws of the United States of

9   America that the foregoing is true and correct.

10       Executed this _16_ day of June 2022, at El Segundo, California.

11

12                                  *Ray Lopez*

13                                  Name:   Ray Lopez

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VERIFIED COMPLAINT

**EXHIBIT 1**



B/L NO      **LAX030022**

TRIPLE EAGLE CONTAINER LINE LTD.
33/F, 83 HUNG TO ROAD, KWUN TONG, KLN, HKG.
TEL: 27703132 FAX: 27703116
BR NO. 10920620

HSRNGB2021030022

新絲路航運
**HSIN SILK ROAD SHIPPING**

Consignee

CROSSWINDS INTERNATIONAL INC
138 LOMITA STREET EL SEGUNDO CA 90245
TEL.310.216.4286
EMAIL:CROSSWINDS@KENHAMANAKA.COM

OCEAN BILL OF LADING

Notify Party

SAME AS CONSIGNEE

| Ocean vessel | Port of loading |
|---|---|
| NOMADIC MILDE/HSR03 | NINGBO |

| Port of discharge | Place of delivery | Freight payable at | Number of original B s/L |
|---|---|---|---|
| LOS ANGELES,CA | LOS ANGELES,CA | | |

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight(Kgs.) | Measurement(m³) |
|---|---|---|---|---|
| MADE IN CHINA | 525 PACKAGES | | 42000 KGS | 325 CBM |

PALLETS CARTS

LYGU6136527/HSR210334/40HQ/105/8,400.000/65.000
LYGU6136759/HSR210335/40HQ/105/8,400.000/65.000
LYGU6137009/HSR210340/40HQ/105/8,400.000/65.000
LYGU6136039/HSR210332/40HQ/105/8,400.000/65.000
MOTU0789402/HSR210339/40HQ/105/8,400.000/65.000

**TELEX RELEASE**

SHIPPER'S LOAD & COUNT & SEAL

SHIPPED ON BOARD
2021-10-07

40'HQ×5  CY/CY

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

ABOVE PARTICULARS FURNISHED BY SHIPPER

| Freight and charges | IN WITNESS |
|---|---|
| FREIGHT PREPAID | |

| Agent at destination | Place and date of issue |
|---|---|
| HSIN SILK ROAD SHIPPING USA, INC<br>1923 EDENFIELD LN SUGAR LAND, TX 77479<br>TEL: 713-922-5819 | Signed for or on behalf of the Carrier |

HSIN SILK ROAD SHIPPING LTD
as Carrier

TERMS AND CONDITIONS AS PER ORIGINAL BILL OF LADING



**TRIPLE EAGLE CONTAINER LINE LTD.**
33/F, 83 HUNG TO ROAD, KWUN TONG, KLN, HKG.
TEL: 27703132 FAX: 27703116
BR NO. 10920620

Consignee
**CROSSWINDS INTERNATIONAL INC**
138 LOMITA STREET EL SEGUNDO CA 90245
TEL.310.216.4286
EMAIL:CROSSWINDS@KENHAMANAKA.COM

Notify Party
**SAME AS CONSIGNEE**

| Ocean vessel | Port of loading |
|---|---|
| NOMADIC MILDE/HISR03 | NINGBO |

| Port of discharge | Place of delivery | Freight payable at | Number of original B/L |
|---|---|---|---|
| LOS ANGELES,CA | LOS ANGELES,CA | | |

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight(Kgs) | Measurement |
|---|---|---|---|---|
| MADE IN CHINA | 525 PACKAGES | | 42000 KGS | 325 CBM |

PALLETS CARTS

HPCU4146724/HSR210242/40HQ/105/8,400.000/65.000
HPCU4146719/HSR210241/40HQ/105/8,400.000/65.000
HPCU4146730/HSR210247/40HQ/105/8,400.000/65.000
HPCU4146827/HSR210243/40HQ/105/8,400.000/65.000
HPCU4146787/HSR210245/40HQ/105/8,400.000/65.000

SHIPPER'S LOAD & COUNT & SEAL

40'HQ×5  CY/CY

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

ABOVE PARTICULARS FURNISHED BY SHIPPER

Freight and charges
**FREIGHT PREPAID**

Agent at destination
HSIN SILK ROAD SHIPPING USA, INC
1923 EDENFIELD LN SUGAR LAND, TX 77479
TEL: 713-922-5819

B/L NO    **LAX030023**

HSRNGB2021030023

新絲路航運
HSIN SILK ROAD SHIPPING

OCEAN BILL OF LADING

SHIPPED ON BOARD
2021-10-07

TELEX RELEASE

Place and date of issue

Signed for or on behalf of the Carrier

HSIN SILK ROAD SHIPPING LTD
as Carrier

TERMS AND CONDITIONS AS PER ORIGINAL BILL OF LADING

No. 0000302



B/L NO: **LAX030025**

**TRIPLE EAGLE CONTAINER LINE LTD.**
33/F, 83 HUNG TO ROAD, KWUN TONG, KLN, HKG.
TEL: 27703132 FAX: 27703116
BR NO. 10920620

HSRNGB2021030025

新絲路航運
HSIN SILK ROAD SHIPPING

Consignee
CROSSWINDS INTERNATIONAL INC
138 LOMITA STREET EL SEGUNDO CA 90245
TEL.310.216.4286
EMAIL:CROSSWINDS@KENHAMANAKA.COM

OCEAN BILL OF LADING

Notify Party
SAME AS CONSIGNEE

| Ocean Vessel | Port of loading | Freight payable at | Number of original B s/L |
|---|---|---|---|
| NOMADIC MILDE/HSR03 | NINGBO | | |
| Port of discharge | Place of delivery | | |
| LOS ANGELES,CA | LOS ANGELES,CA | | |

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight(Kgs.) | Measurement(m³) |
|---|---|---|---|---|
| MADE IN CHINA | 525 PACKAGES | | 42000  KGS | 325  CBM |

PALLETS CARTS

HPCU4144608/HSR212925/40HQ/105/8,400.000/65.000
HPCU4144629/HSR210338/40HQ/105/8,400.000/65.000
HPCU4144640/HSR212923/40HQ/105/8,400.000/65.000
HPCU4144655/HSR212933/40HQ/105/8,400.000/65.000
HPCU4144660/HSR212930/40HQ/105/8,400.000/65.000

ORIGINAL

TELEX RELEASE

SHIPPER'S LOAD & COUNT & SEAL

SHIPPED ON BOARD
2021-10-07

40'HQ×5  CY/CY

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

ABOVE PARTICULARS FURNISHED BY SHIPPER

Freight and charges
FREIGHT PREPAID

Agent at destination
HSIN SILK ROAD SHIPPING USA, INC
1923 EDENFIELD LN SUGAR LAND, TX 77479
TEL: 713-922-5819

Place and date of issue

Signed for or on behalf of the Carrier

HSIN SILK ROAD SHIPPING LTD
as Carrier

TERMS AND CONDITIONGS AS PER ORIGINAL BILL OF LADING

No.



B/L NO.  **LAX030026**

TRIPLE EAGLE CONTAINER LINE LTD.
33/F, 83 HUNG TO ROAD, KWUN TONG, KLN, HKG.
TEL: 27703132 FAX: 27703116
BR NO. 10920620

HSRNGB2021030026

新絲路航運
HSIN SILK ROAD SHIPPING

Consignee
CROSSWINDS INTERNATIONAL INC
138 LOMITA STREET EL SEGUNDO CA 90245
TEL.310.216.4286
EMAIL:CROSSWINDS@KENHAMANAKA.COM

OCEAN BILL OF LADING

Notify Party
SAME AS CONSIGNEE

RECEIVED the goods in apparent good order and condition, as specified below unless otherwise stated herein.
The Carrier in accordance with the provisions contained in this document.
1) undertakes to perform or to procure the performance of the entire transport from the place at which the goods are taken in charge to the place designated for delivery in this document and
2) assumes liability as prescribed in this document for such transport. One of the Bill of Lading must be surrendered duly indorsed in exchange for the goods or delivery order.

| Ocean vessel | Port of loading | Freight payable at | Number of original B/L |
|---|---|---|---|
| NOMADIC MILDE/HSR03 | NINGBO | | |

| Port of discharge | Place of delivery | | |
|---|---|---|---|
| LOS ANGELES,CA | LOS ANGELES,CA | | |

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight(Kgs.) | Measurement(m³) |
|---|---|---|---|---|
| MADE IN CHINA | 525 PACKAGES | | 42000 KGS | 325 CBM |

PALLETS CARTS

HPCU4144716/HSR210331/40HQ/105/8,400.000/65.000
HPCU4144634/HSR212936/40HQ/105/8,400.000/65.000
HPCU4144613/HSR212922/40HQ/105/8,400.000/65.000
HPCU4144552/HSR210336/40HQ/105/8,400.000/65.000
HPCU4144589/HSR210337/40HQ/105/8,400.000/65.000

ORIGINAL

TELEX RELEASE

SHIPPED ON BOARD
SHIPPER'S LOAD & COUNT & SEAL
2021-10-07

40'HQ×5  CY/CY

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS
ABOVE PARTICULARS FURNISHED BY SHIPPER

| Freight and charges | IN WITNESS    Whereof the number of original Bills of Lading stated above have been signed, one of which being accomplished, the other(s) to be void. |
|---|---|
| FREIGHT PREPAID | |

| Agent at destination | Place and date of issue |
|---|---|
| HSIN SILK ROAD SHIPPING USA, INC 1923 EDENFIELD LN SUGAR LAND, TX 77479 TEL: 713-922-5819 | Signed for or on behalf of the Carrier |

HSIN SILK ROAD SHIPPING LTD
as Carrier

TERMS AND CONDITIONS AS PER ORIGINAL BILL OF LADING



TRIPLE EAGLE CONTAINER LINE LTD.
33/F, 83 HUNG TO ROAD, KWUN TONG, KLN, HKG.
TEL: 27703132 FAX: 27703116
BR NO. 10920620

Consignee
CROSSWINDS INTERNATIONAL INC
138 LOMITA STREET EL SEGUNDO CA 90245
TEL.310.216.4286
EMAIL:CROSSWINDS@KENHAMANAKA.COM

Notify Party
SAME AS CONSIGNEE

B/L NO :  **LAX030027**

HSRNGB2021030027

新絲路航運
HSIN SILK ROAD SHIPPING

OCEAN BILL OF LADING

| Ocean vessel | Port of loading |
|---|---|
| NOMADIC MILDE/HSR03 | NINGBO |

| Port of discharge | Place of delivery | Freight payable at | Number of original B s/L |
|---|---|---|---|
| LOS ANGELES,CA | LOS ANGELES,CA | | |

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight(Kgs.) | Measurement(M³) |
|---|---|---|---|---|
| MADE IN CHINA | 525 PACKAGES | | 42000 KGS | 325 CBM |

PALLETS CARTS

BMOU4271260/HSR210231/40HQ/105/8,400.000/65.000
BENU6542192/HSR210232/40HQ/105/8,400.000/65.000
BMOU5084876/HSR210239/40HQ/105/8,400.000/65.000
BENU6636033/HSR210237/40HQ/105/8,400.000/65.000
BENU6557778/HSR210240/40HQ/105/8,400.000/65.000

TELEX RELEASE

SHIPPER'S LOAD & COUNT & SEAL

SHIPPED ON BOARD
2021-10-07

40'HQ×5  CY/CY

THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS

ABOVE PARTICULARS FURNISHED BY SHIPPER

| Freight and charges | IN WITNESS Whereof the number of original Bills of Lading stated above |
|---|---|
| FREIGHT PREPAID | have been signed, one of which being accomplished, the other(s) to be void. |

Agent at destination
HSIN SILK ROAD SHIPPING USA, INC
1923 EDENFIELD LN SUGAR LAND, TX 77479
TEL: 713-922-5819

Place and date of issue

Signed for or on behalf of the Carrier

HSIN SILK ROAD SHIPPING LTD
as Carrier

TERMS AND CONDITIONS AS PER ORIGINAL BILL OF LADING

B / L No. SZE210901014

**Shipper**
TRIPLE EAGLE CONTAINER LINE LTD.
33/F, 83 HUNG TO ROAD, KWUN TONG,
KLN, HKG.
TEL: 27703132 FAX: 27703116

## SHENZHEN SHINING OCEAN INTERNATIONAL LOGISTICS CO.,LTD

**Consignee or order**
CROSSWINDS INTERNATIONAL INC
138 LOMITA STREET
EL SEGUNDO CA 90245
TEL. 310. 216. 4286
EMAIL:CROSSWINDS@KENHAMANAKA.COM

## OCEAN BILL OF LADING

**Notify address**
GLOBAL OCEAN AGENCY LINES, L. L. C.
5401 S.KIRKMAN RD. SUITE 310
ORLANDO, FL 32819 UNITED STATES
TEL:562-244-6767

SHIPPED on board in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure, marks and numbers, quality, contents and value,being particulars furnished by the Shipper, are not checked by the Carrier on loading.

The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof.

IN WITNESS whereof the number of original Bills of Lading stated below have been signed, one of which being accomplished, the other(s) to be void.

| Pre-carriage by | Place of receipt | | |
|---|---|---|---|

| Ocean vessel | Port of loading | | |
|---|---|---|---|
| NOMADIC MILDE V. HSR03 | NINGBO | | |

| Port of discharge | Place of delivery | Freight payable at | Number of original Bs / L |
|---|---|---|---|
| LOS ANGELES, CA | LOS ANGELES, CA | | 3 |

| Marks and Nos. | Number and kind of packages | Description of goods | Gross weight (kgs.) | Measurement (M³) |
|---|---|---|---|---|
| N/M | 105 PACKAGES | AS 1x40' HC S.T.C.<br>SHIPPER'S LOAD COUNT & SEAL<br><br>PALLETS CARTS<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS. | CY-CY 8400. 000KGS | 65. 000CBM |

CONTAINER/SEAL NO. :
HPCU4147000/HSR210379/40' HC/105 PACKAGES/8400. 000KGS/65. 000CBM

SHIPPED ON BOARD:    7, Oct 2021

SAY ONE(1) x 40' HC CONTAINER(S) ONLY

ABOVE PARTICULARS FURNISHED BY SHIPPER

DECLARED VALUE $                READ CLAUSE 11 HEREOF CONCERNING EXTRA FREIGHT AND CARRIER, S LIMITATIONS OF LIABILITY

**Freight and charges**
*FREIGHT PREPAID*

UNICARGO EXPRESS INC.
5353 W. IMPERIAL HYW UNIT 805,
DOCK 134 & 135 LOS ANGELES, CA 90045
IMPORT@UNICARGOEXPRESS.COM
JESUS RAMIREZ
TEL:310 680 9888

IN WITNESS whereof the number of original Bills of Lading stated above have been signed, one of which being accomplished, the other(s) to be void.

Place and date of issue



## TELEX RELEASE
SHENZHEN, CHINA        7, Oct 2021

SHENZHEN SHINING OCEAN INTERNATIONAL LOGISTICS CO.,LTD.

SHENZHEN SHINING OCEAN INTERNATIONAL LOGISTICS CO., LTD.
AS CARRIER

TERMS AND CONDITIONS AS PER ORIGINAL BILL OF LADING

**HSIN SILK ROAD SHIPPING LIMITED**

RM 2902, 29/F HO KING COMM CTR 2-16 FA
YUEN ST MONGKOK KLN HONG KONG
info@hsinship.com

**ARRIVAL NOTICE / FREIGHT**

**INVOICE**

| | |
|---|---|
| MASTER B/L NO. | HOUSE B/L NO. |
| **HSRNGB2021030061A** | **LAX030061A** |
| FILE NO. | PO NO. |
| **HSRNGB2021030061A** | |
| AMS B/L NO. | ISF NO. |
| **TXSL LAX030061A** | |
| VESSEL INFO. | SUB B/L NO. |
| **NOMADIC MILDE / HSR03** | |

*SHIPPER*

SHENZHEN SHINING OCEAN INTERNATIONAL LOGISTICS CO.,LTD.
6F.8F.10F FOREIGN TRADE LIGHT IND BLD.NO.1002.AIGUO ROAD,SHENZHEN,
GUANGDONG PROVINCE, CHINA
TEL:86-755-33899999

| | | |
|---|---|---|
| PLACE OF RECEIPT | | ETD |
| PORT OF LOADING | | ETD |
| **NINGBO** | | **2021/10/7** |
| PORT OF DISCHARGE | | ETA |
| **LOS ANGELES,CA** | | **2022/3/10** |
| PLACE OF DELIVERY | | DELIVERY ETA |

*CONSIGNEE*

UNICARGO EXPRESS INC.
5353 W. IMPERIAL HYW UNIT 805,
DOCK 134 & 135 LOS ANGELES, CA 90045
IMPORT@UNICARGOEXPRESS.COM
JESUS RAMIREZ
TEL:310 680 9888

*NOTIFY PARTY*

SAME AS CONSIGNEE

| | |
|---|---|
| FINAL DESTINATION | F.DEST ETA |
| CY LOCATION | FIRMS CODE |
| **Port of LOS ANGEL ES PASHA** | **Y384** |
| FREIGHT PICKUP LOCATION | FIRMS CODE |
| **168 Cannery st,san pedro Ca 90731 driver must bring his own frame to pick up the goods** | **Y384** |
| CNTR RETURN LOCATION | FIRMS CODE |

*Bank information*

**EBAO NETWORK TECHNOLOGY CO.,LTD**
**19/F ,BLOCK B,399 DINGTAI ROAD,YINZHOU DISTRICT,NINGBO 315040**
**ACCOUNT NUMBER（USD）:1102090820000002**
**Beneficiary Bank :Ningbo Commerce Bank Company LimitedNo. 337, East Min'an Road, Yinzhou District, Ningbo, China**
**SWIFT CODE: BINHCN2N**

| I.T. NO. | I.T. PLACE | I.T. DATE |
|---|---|---|
| AVAILABLE DATE | LAST FREE DATE | G.O. DATE |

| CONTAINER NO./SEAL NO./P.O. NO./PICK-UP NO. MARKS & NUMBERS | NO.OF PACKAGES NO. OF CONTAINERS | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| HPCU4147000/HSR210379 | 105 CARTONS | PALLETS CARTS THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING   MATERIALS. | 8400 KGS | 65 CBM |
| 40'HQ×1 | | | CY/CY | |

| REMARK | | | | |
|---|---|---|---|---|
| | | INVOICE NO. : | | DUE DATE : |
| | | DESCRIPTION OF CHARGES | | AMOUNT |
| 1. PLEASE MAKE A PAYMENT TO "EBAO NETWORK TECHNOLOGY CO.,LTD" via ACH 2.WE WILL RELEASE THE FREIGHT UPON RECEIVING YOUR FULL PAYMENT. 3.ALL STORAGE CHARGE AND DEMURRAGE CHARGES ARE FOR THE ACCOUNT OF THE ULTIMATE CONSIGNEE TO WHOM THIS FREIGHT IS RELEASED | | 1.Berthing fee:USD12,000 2.DTHC:USD3000 3.Storage fee:USD3,500 | | |
| | | TOTAL AMOUNT:   USD18500 | | |