AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Crosswinds International Inc., <br><br> *Plaintiff(s)* <br> v. <br><br> HSIN Silk Road Shipping Ltd. and HSIN Silk Road Shipping USA, Inc., in personam, and A Cargo of Commercial Goods et al, in rem (See Attachment #1) <br><br> *Defendant(s)* | Civil Action No.  2:22-cv-4166 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HSIN Silk Road Shipping Ltd.
RM2902 29/F Ho King Comm
Ctr 2-16 Fa Yuen St Mongkok Kin
Hong Kong 315000
Hong Kong

(See attachment #2)

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Neil B. Klein, CA Bar No. 142734
neilk@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
Phone: (949) 724-0200

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT 1

Neil B. Klein, CA Bar No. 142734
neilk@mckassonklein.com
McKASSON & KLEIN LLP
18401 Von Karman Ave., Suite 330
Irvine, CA 92612
Phone:   (949) 724-0200
Fax:       (949) 724-0201

Attorneys for Plaintiff Crosswinds International Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSWINDS INTERNATIONAL INC. <br><br> Plaintiff, <br><br> vs. <br><br> HSIN SILK ROAD SHIPPING LTD. and HSIN SILK ROAD SHIPPING USA, INC., *in personam,* <br><br> And <br><br> A Cargo of Commercial Goods Transported from Ningbo, China to Los Angeles, California, pursuant to Bills of Lading Nos. HSRNGB2021030022, HSRNGB2021030023, HSRNGB2021030025, HSRNGB2021030026, HSRNGB2021030027, and HSRNBG2021030061A dated and shipped on board on October 7th 2021, *in rem,* <br><br> Defendants. | Case No. <br><br> IN ADMIRALTY <br><br> **VERIFIED COMPLAINT BY CROSSWINDS INTERNATIONAL INC. IN ADMIRALTY** <br><br> **SUPP. ADMIRALTY RULE D** |

NOW COME the plaintiff CROSSWINDS INTERNATIONAL INC. ("Plaintiff"), by their undersigned attorneys, and for its Verified Complaint alleges:

## JURISDICTION AND VENUE

1. This is an action within the admiralty jurisdiction of this court pursuant to

1
VERIFIED COMPLAINT

ATTACHMENT 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CROSSWINDS INTERNATIONAL INC. v. HSIN SILK ROAD SHIPPING LTD., et al.

## **ATTACHMENT #2 TO SUMMONS**

**Defendants to be served *in personam*:**

HSIN SILK ROAD SHIPPING LTD.
RM2902 29/F Ho King Comm
Ctr 2-16 Fa Yuen St Mongkok Kin
Hong Kong 315000
Hong Kong

HSIN SILK ROAD SHIPPING USA, INC.
1923 Edenfield Ln.
Sugarland, TX 77479

**Defendants to be served *in rem*:**

A Cargo of Commercial Goods Transported from Ningbo, China to Los Angeles, California, pursuant to Bills of Lading Nos. HSRNGB2021030022, HSRNGB2021030023, HSRNGB2021030025, HSRNGB2021030026, HSRNGB2021030027, and HSRNBG2021030061A dated and shipped on board on October 7th 2021