UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
In Admiralty

| | |
|---|---|
| CROSSWINDS INTERNATIONAL INC.<br><br>    Plaintiff,<br><br>  vs.<br><br>HSIN SILK ROAD SHIPPING LTD. and HSIN SILK ROAD SHIPPING USA, INC., *in personam*,<br><br>    And<br><br>A Cargo of Commercial Goods Transported from Ningbo, China to Los Angeles, California, pursuant to Bills of Lading Nos. HSRNGB2021030022, HSRNGB2021030023, HSRNGB2021030025, HSRNGB2021030026, HSRNGB2021030027, and HSRNBG2021030061A dated and shipped on board on October 7th 2021, *in rem*,<br><br>    Defendants. | **WARRANT OF ARREST**<br><br>Civil Action No.: 2:22-cv-04166 PA (JCx)<br>Supplemental Admiralty Rule D<br>Federal Rules of Civil Procedure |

TO U.S. MARSHAL OF THE CENTRAL DISTRICT OF CALIFORNIA OR HIS LAWFUL DEPUTY:

   WHEREAS a Verified Complaint has been filed by plaintiff pursuant to Fed. R. Civ. P. Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule D, in the United States District Court for the Central District of California on June 16, 2022 against defendants HSIN Silk Road Shipping Ltd. and HSIN Silk Road Shipping USA, *et al*., upon admiralty and maritime claims for enforcement of title and possession of containerized maritime cargo, conversion, and breach of bill of lading maritime contracts, for the reasons and causes in said complaint mentioned and praying for process of warrant for the arrest of cargo loaded in intermodal marine containers identified in the Verified Complaint, and that all persons interested in said property may be cited in general and special to answer the premises and all proceedings be had;

   WHEREAS the containerized cargo covered by the above-captioned bills of lading (hereafter "Cargo") is specifically identified as:

| Bill of Lading | Container | Description of goods |
|---|---|---|
| HSRNGB2021030022 | LYGU6136039<br>LYGU6136527<br>LYGU6136759<br>LYGU6137009<br>MOTU0789402 | Metal Nesting Carts |

| Bill of Lading | Container | Description of goods |
|---|---|---|
| HSRNGB2021030023 | HPCU4146719<br>HPCU4146724<br>HPCU4146730<br>HPCU4146787<br>HPCU4146827 | Metal Nesting Carts |
| HSRNGB2021030025 | HPCU4144608<br>HPCU4144629<br>HPCU4144640<br>HPCU4144655<br>HPCU4144660 | Metal Nesting Carts |
| HSRNGB2021030026 | HPCU4144552<br>HPCU4144589<br>HPCU4144613<br>HPCU4144634<br>HPCU4144716 | Metal Nesting Carts |
| HSRNGB2021030027 | BENU6542192<br>BENU6557778<br>BENU6636033<br>BMOU4271260<br>BMOU5084876 | Metal Nesting Carts |
| HSRNBG2021030061A | HPCU4147000 | Metal Nesting Carts |

NOW THEREFORE, you are hereby commanded to arrest and take into your possession and custody the above-named intermodal marine containers (loaded with the Cargo), and promptly after execution of this process file notice in this court with your return thereon.

If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession, or his agent.

WHEREAS this process is issued pursuant to such prayer and requires that any claimant to the Cargo serve his or her claim to the Cargo with the Clerk of the Court within 14-days after process has been executed, or within such additional time as may be allowed by the Court, and serve an Answer within 21-days after the filing of the claims.

Issued: July __15__, 2022

Clerk - U.S. District Court

By:__Kamilla Sali-Suleyman_____
    Deputy Clerk

ISSUED FOR: Attorneys for Plaintiff: Neil B. Klein, McKasson & Klein LLP, 18401 Von Karman Avenue, Suite 330, Irvine, California 92612, Telephone: 949-724-0200, Facsimile: 949-724-0201.