UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-4166 PA (JCx) | Date | September 16, 2022 |
|---|---|---|---|
| Title | Crosswinds International Inc. v. HSIN Silk Road Shipping LTD,. et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**   **Order to Show Cause Re; Dismissal For Lack Of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m).

In the present case, it appears that this time period has not been met. Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before **September 23, 2022,** why Defendant HSIN Silk Road Shipping LTD and Defendant A Cargo of Commercial Goods Transported from Ningbo, China to Los Angeles, California be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of Defendant HSIN Silk Road Shipping LTD and Defendant A Cargo of Commercial Goods Transported from Ningbo, China to Los Angeles, California.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | KSS |