JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSWINDS INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> HSIN SILK ROAD SHIPPING LTD. and HSIN SILK ROAD SHIPPING USA, INC., in personam <br><br> And <br><br> A Cargo of Commercial Goods Transported from Ningbo, China to Los Angeles, California, pursuant to Bills of Lading Nos. HSRNGB2021030022, HSRNGB2021030023, HSRNGB2021030025, HSRNGB2021030026, HSRNGB2021030027, and HSRNBG2021030061A dated and shipped on board on October 7th 2021, in rem, <br><br> Defendants. | CV 22-4166 PA (JCx) <br><br> JUDGMENT |

Pursuant to the Court's October 25, 2022 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

. . . .

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: October 25, 2022

                                                Percy Anderson
                                      UNITED STATES DISTRICT JUDGE