JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSWINDS INTERNATIONAL INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HSIN SILK ROAD SHIPPING LTD. and HSIN SILK ROAD SHIPPING USA, INC., in personam<br><br>　　And<br><br>A Cargo of Commercial Goods Transported from Ningbo, China to Los Angeles, California, pursuant to Bills of Lading Nos. HSRNGB2021030022, HSRNGB2021030023, HSRNGB2021030025, HSRNGB2021030026, HSRNGB2021030027, and HSRNBG2021030061A dated and shipped on board on October 7th 2021, in rem,<br><br>　　　　　Defendants. | CV 22-4166 PA (JCx)<br><br>AMENDED JUDGMENT |

　　Pursuant to the Court's November 28, 2022 Minute Order granting the Motion for Default Judgment filed by plaintiff Crosswinds International Inc. ("Plaintiff") against defendant HSIN Silk Road Shipping Ltd. and HSIN Silk Road Shipping USA, Inc.

(collectively "HSIN"), and the Court's September 28, 2022 Minute Order entering the default of the in rem defendant (the "Cargo"), it is hereby ORDERED, ADJUDGED, AND DECREED:

    1.    Plaintiff shall recover from HSIN Silk Road Shipping Ltd. and HSIN Silk Road Shipping USA, Inc., jointly and severally, the amount of $36,927.48; and

    2.    Plaintiff shall recover from HSIN its costs of suit; and

    3.    Plaintiff had legal title and possessory rights to its Cargo, as identified in the verified complaint, from October 7, 2021, until its release from arrest on August 3, 2022, as against in personam defendants and all others; and

    4.    Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED: November 30, 2022

                                                      Percy Anderson
                                         UNITED STATES DISTRICT JUDGE